This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 109
E.J. Brooks Company, &c.,
      Appellant-Respondent,
      v.
Cambridge Security Seals,
      Respondent-Appellant.




         Daniel B. Goldman, for appellant-respondent.
         Howard W. Schub, for respondent-appellant.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur. Judge Feinman took no part.


Decided June 27, 2017